UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-136-SPC-NPM

JDDARRIAN CHRISTOPHER IRONS

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 34). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Smith and Wesson firearm (S/N HVM1636) and assorted ammunition seized on or about October 5, 2023. *See* 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 34) is **GRANTED**.

1. The Smith and Wesson firearm (S/N HVM1636) and assorted ammunition seized on or about October 5, 2023, are **FORFEITED** to

the United States for disposition according to law and subject to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2.

2. This Order will become a final order of forfeiture as to the Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on March 6, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record